UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GEIB,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACOBS TECHNOLOGY INC.,<br><br>　　　　　Defendant. | Case No.23-cv-00169-AMO<br><br>**JUDGMENT** |

On September 30, 2024, the Court granted Defendant Jacobs Technology, Inc.'s motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 30, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**